# United States District Court

## District of Massachusetts

UNITED STATES OF AMERICA
v.
**ARMANDO ESTUDANTE**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number:  1:00CR10187-001

Michael Collora
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 1857 (1) (I) | False statements | 05/01/1997 | 1 |

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  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
Defendant's Date of Birth:  05/31/1952
Defendant's USM No.:  22830-038
Defendant's Residence Address:
1157 East Rodney French Rd
Gloucester                MA

Defendant's Mailing Address:
1157 East Rodney French Rd
Gloucester                MA

06/05/2000
Date of Imposition of Judgment

*Signature of Judicial Officer*

William G. Young
USCJ
Name & Title of Judicial Officer

June 6, 2000
Date

DEFENDANT: ARMANDO ESTUDANTE
CASE NUMBER: 1:00CR10187-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 10.00 | $ 10,000.00 | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . $

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: | $ | $ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: **ARMANDO ESTUDANTE**
CASE NUMBER: **1:00CR10187-001**

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [X] in full immediately; or

B [ ] $ _____ immediately, balance due (in accordance with C, D, or E); or

C [ ] not later than _____ ; or

D [ ] in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E [ ] in _____ *(e.g. equal, weekly, monthly, quarterly)* installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

THE COURT: Mr. Armando Estudante, in consideration of the offense of which you stand convicted, the information from the United States Attorney and your attorney, this Court does fine you $10,000, plus a special assessment of $10. No period of probation is necessary in your case.

Let me explain the sentence. That's an appropriate fine. This is a crime. I appreciate your candor when you say as a cost-benefit matter this is the best way out. The $10,000 is a real fine and I think it is an appropriate fine. We have these fisheries regulations, and I know that they are extensive and I know that they are involved. They have a reason. And the reason is to preserve the industry for those people who will come after you. They must be obeyed. And so this is an appropriate fine.

I don't take offense at what you just said, Mr. Estudante. But you must understand yourself, I don't for a minute think this was some sort of mistake. You tried to defraud them and they caught you. Now, if ever this happens again this won't be the result. It's the appropriate result this time, but you've got to live within these regulations.

That's the sentence of the Court.

MS. PELLEGRINI: Your Honor?

THE COURT: Yes.

MS. PELLEGRINI: I have prepared a dismissal of the indictment form for the Court.

THE COURT: Thank you, and the motion is allowed.

MS. PELLEGRINI: Thank you.

MR. COLLORA: How does the Court wish the fine to be paid? He is prepared to give a check today. It's not certified but --

THE COURT: I think that we should accept, we should accept the check and we'll try to resolve the matter today.

MR. COLLORA: Okay, thank you, your Honor.

THE COURT: All right.

(Whereupon the matter concluded.)